UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-02878-VMC-TGW

TRAVIS HOUSTON,

      Plaintiff,

v.

R.T.G. FURNITURE CORP. d/b/a
ROOMS TO GO and SE
INDEPENDENT DELIVERY
SERVICES, INC.,

      Defendant.
_____/

**DEFENDANT R.T.G. FURNITURE CORP. d/b/a ROOMS TO GO'S
RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Federal Rule of Civil Procedure 7.1, and Middle District Local Rule 3.03, as follows:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: None.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or

entity whose citizenship is attributed to the filing party or intervenor: Not Applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- R.T.G. Furniture Corp. d/b/a Rooms To Go – Defendant
- Akerman LLP – law firm for Defendant R.T.G. Furniture Corp. d/b/a Rooms To Go
- Phillip J. Harris – attorney representing Defendant R.T.G. Furniture Corp. d/b/a Rooms To Go
- Emily C. Ayvazian – attorney representing Defendant R.T.G. Furniture Corp. d/b/a Rooms To Go
- SE Independent Delivery Services, Inc. – Defendant
- Ogletree, Deakins, Nash, Smoak & Stewart, P.C. – law firm for Defendant SE Independent Delivery Services, Inc.
- William E. Grob – attorney representing Defendant SE Independent Delivery Services, Inc.
- Christopher M. Cascino – attorney representing Defendant SE Independent Delivery Services, Inc.
- Travis Houston – Plaintiff
- Remer, Georges-Pierre, & Hoogerwoerd, P.C. – law firm for Plaintiff
- Peter M. Hoogerwoerd – attorney representing Plaintiff
- Corey L. Seldin – attorney representing Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None.

6. Identify each person arguably eligible for restitution: Travis Houston.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 17, 2023

Respectfully submitted,

*/s/ Phillip Harris*
Phillip Harris, Esq.
Lead Counsel
Florida Bar No. 44107
phillip.harris@akerman.com
Emily C. Ayvazian, Esq.
Florida Bar Number:   1005563
Primary: emily.ayvazian@akerman.com
Secondary: ava.hill@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL  33602
Telephone: 813.223.7333

*Attorneys for Defendant R.T.G. Furniture Corp. d/b/a Rooms To Go*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Phillip Harris*
*Attorney*
