UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-02878-VMC-TGW

**TRAVIS HOUSTON,**

      **Plaintiff,**

**v.**

**R.T.G. FURNITURE CORP. d/b/a
ROOMS TO GO and SE
INDEPENDENT DELIVERY
SERVICES, INC.,**

      **Defendant.**
_____/

**DEFENDANT R.T.G. FURNITURE CORP. d/b/a ROOMS TO GO'S
<u>AMENDED NOTICE OF A RELATED ACTION</u>**

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And

72889424;1

counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

__X__        IS        related to pending or closed or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Travis L. Houston v. Rooms to Go**
**Equal Employment Opportunity Commission**
**Charge No.: 511-2020-02575**

**Travis L. Houston v. Rooms to Go**
**Equal Employment Opportunity Commission**
**Charge No.: 511-2021-01460**

**Tony Williams v. R.T.G. FURNITURE CORP. d/b/a ROOMS TO GO, a Florida Profit Corporation and SE INDEPENDENT DELIVERY SERVICES, INC., a Florida Profit Corporation**
*Case No. 8:22-cv-02330-VMC-CPT*

**Tony Williams and Travis Houston and other similarly situated individuals v. R.T.G. FURNITURE CORP. d/b/a ROOMS TO GO, a Florida Profit Corporation and SE INDEPENDENT DELIVERY SERVICES, INC., a Florida Profit Corporation**
*Case No. 8:23-cv-01755-MSS-TGW*

____        IS NOT        related to any pending or closed civil or criminal case filed with the Court, or any other Federal or State court, or administrative agency.

72889424;1

Dated: September 27, 2023

Respectfully submitted,

/s/ Emily C. Ayvazian
Phillip Harris, Esq., Lead Counsel
Florida Bar No. 44107
phillip.harris@akerman.com
nicole.emmett@akerman.com
Emily C. Ayvazian, Esq.
Florida Bar Number:   1005563
emily.ayvazian@akerman.com
ava.hill@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL  33602
Telephone: 813.223.7333

*Attorneys for Defendant R.T.G. Furniture Corp. d/b/a Rooms To Go*

### CERTIFICATE OF SERVICE

I hereby certify that on  September 27, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to all counsel of record.

/s/ Emily C. Ayvazian
*Attorney*

72889424;1